UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL RINALDI,

        Plaintiff,

vs.

        Case No. 11-CV-13875
        HON. GEORGE CARAM STEEH

FLAGSTAR BANK, FSB, and the
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendants.

_____/

## JUDGMENT

        The above entitled matter has come before the court, and in accordance with the order entered on this date;

        IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff.

        SO ORDERED.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Marcia Beauchemin
            DEPUTY COURT CLERK

Dated: December 1, 2011